UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se "Motion to Dismiss." (Doc. No. 30).

Defendant is represented by counsel in this matter.[1] Under L.Cr.R. 47.1(g), the Court typically does not entertain *pro se* motions by parties who are already ably represented by counsel. In any event, the ground on which Defendant seeks dismissal—that this Court lacks subject matter jurisdiction over Defendant—is wholly meritless.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to Dismiss (Doc. No. 30) is **DENIED**.

---

[1] Counsel has filed a Motion to Withdraw, but Defendant is still represented by counsel at this time.

-1-

Case 3:20-cr-00415-MOC-DCK   Document 36   Filed 03/11/22   Page 1 of 2

Signed: March 11, 2022

Max O. Cogburn Jr
United States District Judge