# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:20-cr-415-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a Motion to Withdraw as Counsel (Doc. No. 31), filed by Claire J. Rauscher, and on Defendant Carissa Eugenia Brown's pending Objection to Response to Motion to Withdraw as Counsel, Request for Inquiry of Counsel, and Motion for Default Judgment. (Doc. No. 33). The Court held a hearing on the motions on April 18, 2022.

In light of the Notice of Termination and Bar Complaint filed by Defendant against attorney Claire J. Rauscher, the Motion to Withdraw as Counsel, (Doc. No. 31), is **GRANTED**.

Plaintiff's pending pro se Objection to Response to Motion to Withdraw as Counsel, Request for Inquiry of Counsel, and Motion for Default Judgment, (Doc. No. 33), is **DENIED**. Contrary to Plaintiff's argument in her motion for default judgment, this Court clearly has subject matter jurisdiction over the criminal action pending against Defendant.

Finally, the Court will appoint Standby Counsel to be available at Defendant's sentencing hearing.

**IT IS SO ORDERED**.

Signed: April 19, 2022

Max O. Cogburn Jr.
United States District Judge