UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se "Motion to Dismiss" under 43 CFR § 4.1169. (Doc. No. 69).

The ground on which Defendant seeks dismissal is wholly meritless. Defendant has filed their Motion to Dismiss under 43 CFR § 4.1169 – a rule of the Code of Federal Regulations which pertains to administrative law judges, not Article III judges. The Code of Federal Regulations is inapposite in this criminal matter. This is a criminal case, and the jurisdictional inquiry is governed by the Federal Rules of Criminal Procedure. In any event, Defendant's argument that this case should be dismissed for failure to state a claim is inapplicable and baseless.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to Dismiss (Doc. No. 69) is **DENIED**.

Signed: November 18, 2022

Max O. Cogburn Jr.
United States District Judge