UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Copies of Sealed Documents, in which Defendant requests copies of "#6AKA Summons," proof of service for the summons, and a "copy of the full docket, documents 1-76." (Doc. No. 76).

Defendant has pled guilty and is on the eve of sentencing. She has not shown the necessity for the documents she seeks. Furthermore, to the extent Defendant moves to continue the sentencing, the Court **DENIES** the motion. Defendant has attempted to delay sentencing long enough. Defendant's sentencing hearing will go forward on December 19, 2022, as scheduled.

**IT IS SO ORDERED**.

Signed: December 13, 2022

Max O. Cogburn Jr
United States District Judge

-1-