UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| Defendant. | ) | |

Upon its own motion, <u>sua sponte</u>, the undersigned hereby continues the Carissa Brown sentencing hearing scheduled for Monday December 19th 2022. Said sentencing is to be reset once the undersigned Judge is no longer a party in case number 3:22-cv-00617-KDB-DCK.

Although this court considers the lawsuit to be a frivolous attempt to interfere with this Court's sentencing of defendant Carissa Brown, the court believes the sentencing should take place when the undersigned Judge is not a party in civil lawsuit 3:22-cv-00617-KDB-DCK.

**IT IS SO ORDERED**.

Signed: December 16, 2022

Max O. Cogburn Jr
United States District Judge