UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion in light of various pro se documents filed by Defendant. The Court reminds Defendant that she must sign documents that are filed with the Court. The Court is <u>not</u> required to file documents that do not contain Defendant's original signature.

**<u>The Court further warns Defendant that if she continues to inundate the Court with vexatious and frivolous filings, the Court will impose sanctions against Defendant, including monetary sanctions.</u>**

**IT IS SO ORDERED**.

Signed: January 24, 2023

Max O. Cogburn Jr
United States District Judge