UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's two pro se Motions to Show Authority, (Doc. Nos. 85, 87), in which Defendant seeks an order from this Court requiring various attorneys to explain how they have authority to make appearances and represent the Government in this action. Also pending is Defendant's pro se Motion to Dismiss for Lack of Jurisdiction, (Doc. No. 91).

Defendant's motions are all **DENIED** as frivolous.

**IT IS SO ORDERED**.

Signed: February 1, 2023

Max O. Cogburn Jr
United States District Judge