IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
3:20-cr-415-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CARISSA EUGENIA BROWN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's *pro se* Motion to Disqualify Standby Counsel (the "Motion to Disqualify" Doc. 93).

By Order entered on April 19, 2022, the presiding judge, the Hon. Max O. Cogburn, Jr., directed that standby counsel be appointed to be available at Defendant's sentencing hearing. Doc. 37. Shortly thereafter, attorney Jennifer Leigh Coulter was assigned to this matter.

On April 26, 2022, Defendant filed a document stating in part that Defendant had "terminated" Ms. Coulter's representation. Doc. 38 at 2; Doc. 38-1 at 2.

However, Defendant has not filed a motion requesting that the District Court reconsider its appointment of standby counsel, and the undersigned otherwise reads the instant Motion to Disqualify as seeking the

1

disqualification of Ms. Coulter specifically, not the termination of standby counsel for Defendant generally.

The undersigned's review of the docket indicates that Ms. Coulter has been appearing as standby counsel for Defendant as expressly directed by the presiding judge. The Motion to Disqualify provides no basis on which the undersigned could conclude that Ms. Coulter has failed to fulfill her responsibilities in that regard.

Accordingly, Defendant's *pro se* Motion to Disqualify Standby Counsel (Doc. 93) is **DENIED**.

It is so ordered.

Signed: February 13, 2023

W. Carleton Metcalf
United States Magistrate Judge