UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-415-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARISSA EUGENIA BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Copies of Documents, in which Defendant requests copies of "#6AKA Summons," proof of service for the summons, and a "copy of the full docket, documents 1-76." (Doc. No. 95).

The Court has already denied an identical motion filed by Defendant. See (Doc. Nos. 76, 81). The Court **DENIES** this motion for the same reasons the Court denied the prior motion.

**IT IS SO ORDERED**.

Signed: April 26, 2023

Max O. Cogburn Jr
United States District Judge